UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                             CASE NO. 8:12-cr-55-T-23EAJ

THOMAS LYNNE TREJO
_____/

**ORDER**

Trejo's motion to suppress (Doc. 28) was referred to Magistrate Judge Jenkins for consideration and preparation of a report and recommendation. Judge Jenkins conducted a hearing on May 9 and 15, 2012, and her May 17, 2012, report (Doc. 51) recommends denial of the motion. Trejo objects (Doc. 54) to the report and recommendation.

Upon consideration of the parties submissions, the magistrate judge's report, and an independent examination of the record, Trejo's objection is **OVERRULED**, the report and recommendation is adopted, and the motion to suppress (Doc. 28) is **DENIED**.

ORDERED in Tampa, Florida, on June 22, 2012.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE